# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

IN RE:     CASE NO.: 16-19263-JKO
           CHAPTER 13

Sharon Louise Berbick,

   Debtor.

_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2007-HE1 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HE1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #12), and states as follows:

1. Debtor, Sharon Louise Berbick ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 30, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 2313 SW 85TH WAY, MIRAMAR, FL 33025-2010, by virtue of a Mortgage recorded on October 05, 2006 at Instrument number 106490126 of the Public Records of Broward County, FL.  Said Mortgage secures a Note in the amount of $190,000.00.

3. The Debtor filed a Chapter 13 Plan on July 12, 2016.

4. The Plan fails to include treatment of Secured Creditor's claim.  The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 25, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DIEGO MENDEZ, ESQ.
POB 228630
MIAMI, FL  33172

SHARON LOUISE BERBICK
2313 SW 85TH WAY
HOLLYWOOD, FL  33025

ROBIN R WEINER
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL  33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/Keith Labell
    Keith Labell, Esquire
    Florida Bar Number 0109158
    Email: klabell@rasflaw.com