# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

IN RE:

**Sharon Louise Berbick**                                      CASE NO.: **16-19263-JKO**

                                                                                  Chapter 13

Debtors(s),

_____/

## EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

**COMES NOW** Diego German Mendez, as counsel for the Debtor **Sharon Louise Berbick** ("Debtor"), and moves this Honorable Court for authorization to withdraw as attorney of record for the Debtors and in support thereof would show:

1. Pursuant to request by the debtor and due to irreconcilable differences have arisen between the Debtor and the undersigned, as a result of which, it is inappropriate for the undersigned to continue to represent the Debtor, unless and until said differences are resolved.

2. This situation makes it impossible for undersigned to continue representing the client and must withdraw immediately.

3. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

**WHEREFORE**, Counsel respectfully moves this Honorable Court to (i) enter an Order granting the Motion to Withdraw as Counsel for the Debtor and (ii) unless new counsel appears for the Debtor, orders all future papers filed in this case to be served upon the Debtor at 2313 SW 85th Way, Hollywood, FL 33025.

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
Attorney for Debtor
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748