

**ORDERED in the Southern District of Florida on November 14, 2016.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

Sharon Louise Berbick,   Case No.: 16-19263-JKO

Debtor.   Chapter 13

_____/

### ORDER GRANTING MOTION TO COMPEL SHARON BERBICK TO ATTEND DEPOSITION AND PRODUCE DOCUMENTS REQUESTED PURSUANT TO RE-NOTICE BY MULTIBANK 2009-1 RES-ADC VENTURE, LLC OF TAKING RULE 2004 AND RULE 7034 EXAMINATION DUCES TECUM OF DEBTOR AND FOR THE IMPOSITION OF SANCTIONS

THIS CAUSE came before the Court on November 7, 2016 upon Motion to Compel Sharon Berbick to Attend Deposition and Produce Documents Requested Pursuant to Re-Notice by Multibank 2009-1 RES-ADC Venture, LLC of Taking Rule 2004 and Rule 7034 Examination Duces Tecum of Debtor and for the Imposition of Sanctions (ECF#33) (the "Motion"). Upon consideration of the Motion, after hearing argument for counsel for Multibank 2009-1 RES-ADC

Venture, LLC ("Multibank") and counsel for the Debtor, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. The Court hereby sanctions the Debtor, Sharon Berbick, the sum of seven hundred fifteen dollars and no cents ($715.00) for her failure to attend the Re-Notice by Multibank 2009-1 RES-ADC Venture, LLC of Taking Rule 2004 and Rule 7034 Examination Duces Tecum of Debtor (ECF#28) set for September 23, 2016. The Debtor shall make payment by check or money order to "Jones Walker LLP" and deliver such payment to Jones Walker, LLP, Attention: Barry Turner, Esq., 201 South Biscayne Boulevard, Suite 2600, Miami, Florida 33131.

3. In the event that the Court dismissing this bankruptcy case for any reason, the Court retains jurisdiction to enforce this Order including, but not limited to, the awarding of additional sanctions, attorneys' fees and costs.

####

Submitted by:

Barry S. Turner, Esq.
Jones Walker LLP
201 S. Biscayne Blvd.
Suite 2600
Miami, FL 33131
(305) 679-5700
(305) 679-5710 (fax)
bturner@joneswalker.com

Attorney Barry S. Turner shall serve a copy of this Order upon receipt of same on all parties entitled to service and shall file a Certificate of Service with the Court.

{M1257769.1}