UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                      Case No. 16-19263-JKO
Sharon Louise Berbick                           Chapter 13

_____Debtor._____/

## AGREED NOTICE OF SUBSTITUTION OF COUNSEL FOR SECURED CREDITOR
## Quicken Loans Inc.

**IT IS HEREBY NOTIFIED AND AGREED** that Samantha Carr, Esq., of Shapiro, Fishman & Gaché, LLP, be substituted by Steve Powrozek, Esq., of Shapiro, Fishman & Gaché, LLP, as Counsel of record for the above named Secured Creditor. That Samantha Carr, Esq. shall no longer represent nor have any responsibility to represent the Secured Creditor.

That the Creditor herein consent(s) to this Substitution of Counsel and by signing below, Samantha Carr, Esq. and Steve Powrozek, Esq. advise this Honorable Court that there is no objection to this substitution of counsel and all parties agree to this substitution of counsel.

All future pleadings, correspondence, and other papers should be directed to:

Steve Powrozek, Esq.
4630 Woodland Corporate Blvd.
Suite 100
Tampa, Florida 33614
Tel: 813-880-8888
Fax: 813-880-8800

| | |
|---|---|
| Shapiro, Fishman & Gaché, LLP | Shapiro, Fishman & Gaché, LLP |
| 2424 N. Federal Highway | 4630 Woodland Corporate Blvd. |
| Suite 360 | Suite 100 |
| Boca Raton, FL 33431 | Tampa, FL 33614 |
| Tel: 561-542-7621 | Tel: 813-880-8888 |
| Fax: 561-998-6707 | Fax: 813-880-8800 |
| | |
| By: _/s/ Samantha Carr____ | By: _/s/ Steve Powrozek____ |
| Samantha Carr | Steve Powrozek |
| Florida Bar No: 74137 | Florida Bar No. 316120 |

16-301892